ORIGINAL

RECEIVED SEP 14 2021 PRO SE OFFICE

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y.
★ SEP 14 2021 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Hasson Wilson #9002100189
Mavis Taylor

Plaintiff,

[Insert full name of plaintiff/prisoner]

21-cv-5170

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

JURY DEMAND
YES ✓    NO ____

-against-

City of New York, New York Police department
Warrant Squad John doe 1-#4
John doe #5 Parole officer

Kovner, J.

Bloom, M.J.

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

I.  **Parties**: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff  Hasson Wilson

If you are incarcerated, provide the name of the facility and address:

AMKC 18-18 Hazen St
East Elmhurst NY 11370

Prisoner ID Number: 9002100189

If you are not incarcerated, provide your current address:

110-23 169 ST Jamaica NY 11433

Telephone Number: 347-557-3552

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

John doe #1
Full Name

Warrant Squad NYPD Officer
Job Title

N/A

Address

Defendant No. 2

John doe #2
Full Name

Warrant Squad NYPD Officer
Job Title

N/A

Address

Defendant No. 3

John doe #3
Full Name

Warrant Squad NYPD Officer
Job Title

N/A

2

Address

Defendant No. 4

Full Name: John doe #4

Job Title: Warrant Squad NYPD Officer

Address: N/A

Defendant No. 5

Full Name: John DOE #5

Job Title: Parole officer

Address: 314 W 40th Street
New York, NY 10018

## II. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? On 170-08 Liberty Ave Jamaica New York 11432, Basement of Private house

When did the events happen? (include approximate time and date) On July 14, 2021 at approximately 7AM at 170-08 Liberty Ave Jamaica New York 11432

Facts: (what happened?) ON July 14, 2021 at approximately 6AM - 7AM while I was in the basement at the address 170-08 Liberty Ave Jamaica NY 11432, NYPD Warrant Squad Defendants John Doe 1-4 illegally entered my mother house to execute a Body Warrant for me "Hasson Wilson" which is a 2 Family private house, while family was sleep, once inside the lobby section of house, NYPD Warrant Squad Defendants knocked on my mother house door which she opened and allowed them to conduct a search for me. After I was not identified at the listed address instead of all defendants leaving address, they all contributed to breaking into the Basement in which Noone is suppose to have access too, defendants John doe #1 Breaks the wood on the door frame and pops the damaged lock and illegally entered the basement where it was quiet and dark, without landlord permission prior to entering basement, all defendants illegally searched the entire basement without probable cause intil the defendants spotted me laying down with my wife on a mattress Naked sleeping, I was then awaken s/o as wife, By Being grabbed "SEE ATTAChED"

**II.A. Injuries.** If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

Facial injuries, Nose injuries, Mental injuries mental anguish, Emotional distress, No medical attention was received, wife Mavis Taylor Suffered a Miscarriage and Post traumatic Stress Disorder witnessing the event, medical attention was received.

2.

By defendant #2 John Doe, and slammed back down to the floor face first. Basically a use of unnecessary force, placed in handcuffs to the back while I only had underwear on, I was then taken to the front porch, where we were on surveillance camera footage, of NYPD Warrant Squad Defendants John Doe 1-5 disrespecting my mother Stephanie Cambridge and defendant's tried to dress me but I refused instead I allowed wife to dress me, and I was taken into warrant squad Transportation Van with John Doe 2#4 and a unknown officer who's not listed in this complaint I was then driven to a store near 179 st and hillside so Defendant #4 can buy loose cigarettes for me, where defendant 4 stepped out of van and entered store while defendants #2 3 & the unknown officer who's not listed in complaint Time the time to physically assault me by using knee to back of neck, forcing face down on van seat allegedly stating I've tried to spit on officers defendants #3 which was false. I've explained in muffles that I could not breathe in the position I was in, I suffer from ashma and a critical lung condition which is life threatening defendant #3 acted carelessly and ignored each statement made & called for BSU and I waited until they arrived, I was transported to the Queens General Hospital. I arrived at Queens

3

General Hospital, I've tried to Explain what happend to the doctors but the nurses & Doctors ignored me and instead Listened to what They said, and Medicated Me to a highly addicted medication in which I was Listed Allergic too. I was Sadated and left in hospital, c Then TRAnsported To OTis BaTum Correctional Facility on Rikers Island For Parole Violation.

I am Bring action For a Violation oF Federal Constitutional Rights,
 4th amendment Illegal Search & Seizure
 8th amendment "Cruel and unusual punishment Failure To Protect, inadequate and denial of medical care. In Result to this event, My wife Suffered a miscarriage and Post traumatic STress disorder as she seen what happend in the basement,
 Witness To the use of Exessive & Unnecessary Force against Me.

**III.    Relief:** State what relief you are seeking if you prevail on your complaint.

$250,000.00 For violation of Constitution Constitutional Rights Cruel & Unusual punishment & ~~illegal~~ 4th amendment Illegal search & seizure 8th amendment Failure 2 protect, denial of medical care

I declare under penalty of perjury that on 08/19/21 , I delivered this
(date)
complaint to prison authorities at AMKC Rikers Island to be mailed to the United
(name of prison)
States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 08/19/21

*Hasson Wilson*
Signature of Plaintiff

AMKC Rikers Island
Name of Prison Facility or Address if not incarcerated

AMKC 18-18 Hazen ST
East Elmhurst NY 11370

Address

9002100189
Prisoner ID#

rev. 12/1/2015

5